■ LLOYD RIBNER, Doing Business as RIBNER REGISTER COMPANY, Respondent, v. IRA SCHILLER, Appellant.— Order entered on March 13, 1961, insofar as it grants an injunction restraining defendant, his agents, attorneys, servants and employees until January 1, 1963, from soliciting plaintiff's customers who were such customers during the period defendant was employed by plaintiff, and grants an accounting by defendant to plaintiff for the period after and beyond December 31, 1959, the date of termination of defendant's employment, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EUCEPHUS FLOYD YOUNG, SR., and EUCEPHUS FLOYD YOUNG, JR.— Motion for leave to appeal as poor persons granted to the extent and on the terms and conditions contained in the order of this court filed herein. The order of this court, entered on April 27, 1961, is vacated. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ PAULINE KORNFELD et al. v. MARTA E. KIEPURA.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellants' points, on condition that the appellants serve one copy of the typewritten or mimeographed appellants' points upon the attorney for the defendant-respondent, and file 6 typewritten or 19 mimeographed copies of appellants' points, together with the original record, with this court. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ ANTHONY VARRICHIONE et al. v. J. TOM GRIMMETT et al.— Motion for an extension of time granted insofar as to extend the time for defendant-appellant J. Tom Grimmett to serve and file the record on appeal and appellant's points to and including August 15, 1961, with notice of argument for the Setpember 1961 Term of this court, said appeal to be argued or submitted when reached. Motion to dismiss appeal taken by defendant-appellant Brelco Corporation granted, with $10 costs. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ SAMUEL SARROFF et al. v. IRVING MAYLAND et al.— Motion to dismiss appeal taken by plaintiff-appellant, Julius Sarroff, granted, with $10 costs. That branch of the motion seeking to dismiss appeal taken by plaintiff-appellant, Samuel Sarroff, granted, with $10 costs unless the appellant, Samuel Sarroff, procures the record on appeal and appellant's points to be served and filed on or before September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached. Motion by plaintiff-appellant, Samuel Sarroff, to dispense with printing denied. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ NEVA L. HARMON v. CHARLES J. HARMON.— Motion for a stay denied. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ CATHERINE MEYER et al. v. PORT OF NEW YORK AUTHORITY.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.